|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA |

| | |
|---|---|
| RAI GOULSBY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT B EATON, SERGEANT  M. BECKER, and CORRECTIONS OFFICER T. ABERCROMBIE,<br><br>　　　　　　Defendants. | CASE NO. C13-5970 RBL-KLS<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE INFORMATION |

This matter has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure.  The Court has reviewed the file in this action.  The Court ordered that the Clerk's Office attempt to serve the named defendants by mail on November 22, 2013.  Dkt. 8.  On December 6, 2014 the mail sent to two defendants was returned as undeliverable and the Clerk's Office re-sent that mail.  Dkt. 10 and 11.  All mail was returned on December 13, 2013 with notations that no one by this name was at that address.  Dkt. 12, 13, and 14.

Plaintiff has 120 days from filing a complaint to perfect service.  *See* Fed. R Civ. P. 4(m).  The Complaint was filed November 22, 2013.  Dkt. 7.  If plaintiff intends for the Court to again attempt to serve defendants by mail he will need to provide updated information showing that he has the correct name and address for service of process.  If plaintiff believes that defendants are

1  avoiding service he may file a motion asking that the Court order the United States Marshals

2  serve the complaint personally on defendants.  Plaintiff would again need to provide the Court

3  with the name and address for each defendant in his motion.

4      The Clerk is directed to send a copy of this Order to Plaintiff.

5      Dated this 3rd day of February, 2014.

                                             Karen L. Strombom
                                             United States Magistrate Judge

ORDER DIRECTING PLAINTIFF TO PROVIDE
INFORMATION- 2