UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAI GOULSBY,

                Plaintiff,

      v.

ROBERT B EATON,

                Defendant.

CASE NO. C13-5970 RBL-KLS

ORDER ON PENDING MOTIONS

      This matter has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Fed. R. Civ. P. 72.  Plaintiff filed a one page sheet with the correct names for the defendants as a motion to amend the complaint (Dkt. 20) as Plaintiff previously had the wrong first name or first initial for each defendant.  Plaintiff has also filed a motion asking that the United States Marshall's Service personally serve the complaint.

      The undersigned grants plaintiff's motion to amend the complaint and will accept Dkt. 20 as a supplement to the complaint and not as a substitute for the original.  The undersigned directs the Clerk's Office to correct Captain Eaton's name to reflect that his first name is George, not Robert, to correct the first initial of Sgt. Becker's name and change it to S, not M.  The final correction is the first initial of Officer Abercrombie's name which should be V and not T.  After

1 | making these corrections the Clerk's Office is directed to attempt to serve the complaint by mail

2 | a second time using the new spelling for the defendants' names.

3 |     Based on the letter from Thurston County, which has been filed, the Plaintiff's motion to

4 | have the United States Marshal's Service serve the action is denied without prejudice.

5 |     Dated this 22nd day of May, 2014.

                                            Karen L. Strombom
                                            United States Magistrate Judge