UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAI GOULSBY,<br><br>                Plaintiff,<br><br>    v.<br><br>GEORGE B EATON, S BECKER, V ABERCROMBIE,<br><br>                Defendants. | CASE NO. C13-5970 RBL-KLS<br><br>ORDER |

      This matter has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Fed. R. Civ. P. 72. The case is before the undersigned upon Mr. Goulsby's motion to withdraw his motion to compel. Dkt. 33. After reviewing Mr. Goulsby's motion and the balance of the record, the undersigned finds and ORDERS as follows:

ORDER- 1

1 | 1.    Mr. Goulsby has a right to withdraw his own motion and the motion to withdraw his motion to compel is GRANTED.

2 | 2.    The Clerk's Office is directed to remove Dkt. 30 and 33 from the Court's calendar.

The Clerk is directed to send a copy of this Order to Plaintiff.

Dated this 16 day of October, 2014.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

ORDER- 2