UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAI GOULSBY,

                Plaintiff,

    v.

GEORGE B EATON, S. BECKER, V. ABERCROMBIE,

                Defendants.

CASE NO. C13-5970 RBL-KLS

ORDER

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

    1)    The Court adopts the Report and Recommendation.

    2)    The Court dismisses this action without prejudice on plaintiff's unopposed motion. Dkt. 44 and 45.

    3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 6th day of February, 2015.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER- 1